**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **COALITION OPPOSING GOVERNMENTAL SECRECY("COGS"); CHILDREN OF THE COURT; JUDICIOCRACY LLC;** and Dr. EDWARD "COACH" WEINHAUS, | ) | Case No: |
| *Plaintiffss*, | ) | |
| v. | ) | |
| **HON. JILL ROSE QUINN, in the official capacity as Judge of the Circuit Court of Cook County; and LEA S. GUTIERREZ, individually and in her capacity as ARDC Administrator** | ) | |
| *Defendants..* | | |

**DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1 AND LOCAL RULE 3.2**

The undersigned, counsel of record for Plaintiffs, hereby submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2:

Full Name of Party:

*Children of the Court*

**Corporate Parent(s) and Ownership**:

*Children of the Court* is a Missouri non-profit corporation. As such it has no members or ownership and is controlled by a Board of Directors.

**Other Financial Interests**:
No other entities, aside from the named parties, have a direct financial interest in the outcome of this litigation.

**Fictitious Names or Affiliates**:

*Children of the Court* does not operate under any fictitious names or trade names.

**Certification**: The undersigned certifies that, to the best of their knowledge, the information contained in this Disclosure Statement is complete and accurate as of the date of filing.

Dated: September 18, 20265

Respectfully Submitted:

*s/ Antonio Valiente*
Antonio Ernesto Valiente-Rivera
N.D. Ill. Gen. Bar No.: 12326

Torre de La Reina - Suite 203
450 Avenida de La Constitucion
San Juan, PR 00901
Tel: (787) 782-9544
Email: lcdoavaliente@live.com