**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Coalition Opposing Governmental Secrecy (COGS"), et al.

Plaintiff,

v.

Case No.: 1:26−cv−11455
Honorable Martha M. Pacold

Hon. Jill Rose Quinn, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, November 8, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The parties are directed to file an initial joint status report by 11/17/2026. Although captioned "motions" on the docket, in substance, docket entries [3], [4], and [5] are disclosure statements pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2; thus, they are terminated as pending motions. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.